IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 18 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

WILSON DEWAYNE ANSLEY,          §
                                §
        Petitioner,             §
                                §
v.                              §          2:06-CV-0362
                                §
NATHANIEL QUARTERMAN, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
                                §
        Respondent.             §

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by a Person in State

Custody filed by petitioner.  On December 29, 2006, the United States Magistrate Judge issued a

Report and Recommendation in this cause, recommending therein that petitioner's application for a

writ of habeas corpus be dismissed as time barred.  As of this date, petitioner has not filed

objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the

record in this case.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ____18th____ day of ____January____ 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE